In the Matter of the Transfer Tax upon the Estate of TIRSO M. Y HERNANDEZ, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; JOSEFINA G. P. MESA, as Ancillary Guardian of VIOLET H. MESA, et al., Respondents.

*Matter of Hernandez*, 172 App. Div. 467, affirmed.
(Argued October 5, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 5, 1916, which affirmed a decree of the New York County Surrogate's Court dismissing an appeal from a prior decree assessing a transfer tax upon the estate of Tirso M. y Hernandez, deceased. The surrogate fixed the tax upon the theory that the deceased was a non-resident.

The comptroller claims that the deceased was a resident and that the tax should have been assessed accordingly, and that there was improperly deducted from the personal property of the deceased within this state one-half of the total sum upon the theory that this one-half belonged to the widow of the deceased under the Spanish law as her *gananciales* or joint gains of the marriage; that as the deceased was a naturalized American citizen and a resident of New York, the rights of his widow are fixed by the law of the forum and not by the Spanish law.

*Alexander Otis, Schuyler C. Carlton* and *Lafayette B. Gleason* for appellant.

*George W. Phillips, Jr.,* and *Charles Stewart Davison* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.